Tyrone Russell

Case No: 1:15-cv-08046

         Plaintiff

Honorable John Robert Blakey

V

**FILED**

Chris Shultz, et al.

OCT 3 0 2015

         Defendant

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Pursuant to court order dated 9/29/15 Order (11) Plaintiff submits amended complaint as follows:

        Federal of Civil Procedure Rule 8(a) Claim for relief. Claim is that "on or around May 21, 2015" conduct directed toward Petitioner violated his fundamental protections as guaranteed under fourteenth amendment.

On June 16, 2015 Plaintiff was subjected to a partial disciplinary hearing.

Signature _Tyrone Russell_

Date _10-29-15_

Telephone No _(312) 772-8203_