UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Tyrone Russell
                                    Plaintiff,
v.                                                      Case No.: 1:15−cv−08046
                                                        Honorable John Robert Blakey
ABM Janitorial Services, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2017:

    MINUTE entry before the Honorable John Robert Blakey: The parties' joint motion for entry of an agreed confidentiality order [74] is granted. Enter Agreed Confidentiality Order. The 2/23/17 Notice of Motion date is stricken, and the parties need not appear. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.