UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Tyrone Russell
                                        Plaintiff,

v.                                                         Case No.: 1:15−cv−08046
                                                              Honorable John Robert Blakey

ABM Janitorial Services, et al.
                                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 25, 2017:


      MINUTE entry before the Honorable Maria Valdez:Settlement conference held on 5/24/17. Parties reached a settlement agreement. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Mailed notice(lp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.